UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOUSIF H. HALLOUM and IMAN Y. HALLOUM,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS; FAY SERVICING; RED ROCK FINANCIAL; ASSESSMENT MANAGEMENT SERVICES; CAMCO HOMEOWNERS ASSOCIATION MANAGEMENT; LEVEL COMMUNITY MANAGEMENT; AMERICAN RECOVERY SERVICES; and TERRAWEST MANAGEMENT SERVICERS.<br><br>　　　　Defendants. | Case No. 2:22-cv-01787-JAD-EJY<br><br>**ORDER** |

Before the Court is Plaintiffs' Motion to Participate in Electronic Filings. ECF No. 6. Plaintiffs request permission to file electronically in the Court's CM/ECF filing system. The Court grants Plaintiffs' request under Local Rule IC 2-1(b), which states that a "pro se litigant may request the court's authorization to register as a filer in a specific case."

Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Participate in Electronic Filings (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs must each submit the Consent for Electronic Service of Documents on or before **November 21, 2022** to the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk of Court will send Plaintiffs the form Consent for Electronic Service of Documents and instructions for the same. Plaintiffs are not authorized to file electronically until the consent is submitted within the time frame specified. Upon timely

submitting the consent form, Plaintiffs must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

Dated this 31st day of October, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

2