UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOUSIF H. HALLOUM and IMAN Y. HALLOUM,<br><br>        Plaintiffs,<br><br>v.<br><br>CALIBER HOME LOANS; FAY SERVICING; RED ROCK FINANCIAL; ASSESSMENT MANAGEMENT SERVICES; CAMCO HOMEOWNERS ASSOCIATION MANAGEMENT; LEVEL COMMUNITY MANAGEMENT; AMERICAN RECOVERY SERVICES; and TERRAWEST MANAGEMENT SERVICERS.<br><br>        Defendants. | Case No. 2:22-cv-01787-JAD-EJY<br><br>**ORDER** |

      Pending before the Court is Plaintiffs' Motion to Amend Complaint, filed on November 3, 2022. ECF No. 9. A review of the docket shows Plaintiffs filed their original Complaint on October 26, 2022. ECF No. 1. Plaintiffs are entitled to amend a complaint once, as a matter of right, under Federal Rule of Civil Procedure 15(a); however, Plaintiffs should have attached a copy of the amended complaint to their Motion. Despite this failure, the Court will grant Plaintiffs' request.

      Accordingly, IT IS HEREBY ORDERED that Plaintiffs' Motion to Amend Complaint (ECF No. 9) is GRANTED.

      IT IS FURTHER ORDERED that Plaintiffs **must** file their Amended Complaint **no later than 5 p.m. Pacific Time, on November 9, 2022.**

      Dated this 3rd day of November, 2022.

                              ELAYNA J. YOUCHAH
                              UNITED STATES MAGISTRATE JUDGE